IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA SALES, INC., | No. C 10-5757 CW |
|     Plaintiff, | ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE (Docket No. 22) |
|   v. | |
| P.Y. PRODUCE, LLC, et al., | |
|     Defendants. | |

    Plaintiff Sequoia Sales, Inc., moves for an order requiring Defendants P.Y. Produce, LLC, and Jose Gomez to show cause why an order of civil contempt should not be issued against them. Plaintiff claims that Defendants have not complied with the Court's preliminary injunction.

    Plaintiff's motion is DENIED without prejudice. (Docket No. 22.) Plaintiff has not filed proof that it served the preliminary injunction on Defendants, nor has it submitted a sworn affidavit to support its assertion that Defendants are in violation of the Court's preliminary injunction. Plaintiff may renew its motion, so long as it provides such supporting documentation.

    IT IS SO ORDERED.

Dated: 1/18/2011

                                          CLAUDIA WILKEN
                                          United States District Judge