IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEQUOIA SALES, INC. | : | Civil Action: 4:10-cv-05757-CW |
| | : | |
| Plaintiff | : | **ORDER TO SHOW CAUSE** |
| | : | **WHY AN ORDER FOR CIVIL** |
| v. | : | **CONTEMPT SHOULD NOT BE** |
| | : | **ISSUED AGAINST** |
| P.Y. PRODUCE, L.L.C., et al | : | **DEFENDANTS P.Y. PRODUCE,** |
| | : | **L.L.C. AND JOSE GOMEZ** |
| Defendants | : | |

TO:   Defendants P.Y. Produce, L.L.C. and Jose Gomez

The Renewed Motion of Sequoia Sales, Inc. for an Order to Show Cause Why an Order for Civil Contempt Should Not Be Issued Against Defendants was taken under submission on the papers.  The Court, having reviewed said motion and the papers on file herein, having considered all arguments and pleadings, being fully advised thereby appearances by counsel being noted on the record and good cause appearing for the granting of the motion,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**

1. Defendants P.Y. Produce, L.L.C. and Jose Gomez are hereby ordered to appear before the Honorable Claudia Wilken, United States District Judge, at her courtroom, located at United States District Court for the Northern District of California, Ronald V. Dellums Federal Building, 1301 Clay Street, Suite 400S, Oakland CA 94612-5217 on February 3, 2011 at 2:00 p.m., then and there to show cause why:

   a. An order for civil contempt should not be issued against Defendants P.Y. Produce, L.L.C. and Jose Gomez for willfully failing to abide by the Court's Order dated December 29, 2010; and

Order To Show Cause

- 1 -

   b. Defendant Jose Gomez should not be detained and held in custody by the Marshall's Office until said Defendant purges his contempt by:

    (a) providing to Plaintiff's counsel, any and all documents in connection with the assets and liabilities of defendants, PY Produce, L.L.C., and its related and subsidiary companies, including, but not limited to, the most recent balance sheets, profit/loss statements, accounts receivable reports, including names, addresses and amounts of all accounts receivables of PY Produce, L.L.C. and accounts paid records showing the disposition of any funds received from the sale of produce by defendants PY Produce, L.L.C. during the past eight (8) months; and

    (b) demonstrating that Defendants are not alienating, dissipating, paying over, or assigning any assets of PY Produce, L.L.C.; and

  2. A copy of the Renewed Motion To Show Cause Why An Order Of Civil Contempt Should Not Be Issued Against Defendants, and Memorandum of Law, with a copy of this Order to Show Cause shall be served on Defendants no later than January 25, 2011; and

  3. Plaintiff shall file proof that it served Defendants by January 26, 2011; and

  4. Any opposition papers must be filed and served by Defendants no later than January 31, 2011.

Dated this 24 day of January, 2011

            _____
            Claudia Wilken
            United States District Judge

Order To Show Cause