IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA SALES, INC., <br><br>      Plaintiff, <br><br>  v. <br><br>P.Y. PRODUCE, LLC, et al., <br><br>      Defendants. <br>_____/ | No. C 10-5757 CW <br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S RENEWED MOTION TO SHORTEN TIME FOR THE HEARING ON ITS MOTION TO AMEND THE PRELIMINARY INJUNCTION <br>(Docket No. 43) |

    Plaintiff Sequoia Sales, Inc., moves to shorten time for the hearing on its motion to amend the preliminary injunction to include Defendant Chopper's Produce, LLC.  However, Plaintiff has not established that it has perfected service on Chopper's Produce. See Cal. Civ. Proc. Code § 415.95 (providing for service of process on "a business organization, form unknown").  Accordingly, Plaintiff's motion is DENIED without prejudice to refiling after Chopper's Produce has been properly served.

    IT IS SO ORDERED.

Dated: 2/3/2011

                                        CLAUDIA WILKEN
                                        United States District Judge