IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA SALES, INC., | No. C 10-5757 CW |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S CLAIMS AGAINST CHOPPER'S PRODUCE, LLC |
| v. | |
| P.Y. PRODUCE, LLC; JOSE GOMEZ; and CHOPPER'S PRODUCE, LLC, | |
| Defendants. / | |

On April 13, 2011, the Clerk entered default against Defendants P.Y. Produce, LLC, and Chopper's Produce, LLC. Plaintiff Sequoia Sales, Inc., was directed to seek default judgment against these Defendants within thirty days of the Clerk's entry of default.

On April 20, 2011, Chopper's Produce filed an answer. However, it has not moved to set aside the Clerk's entry of default. On May 17, 2011, Plaintiff moved for default judgment against P.Y. Produce, but not against Chopper's Produce.

Within seven days of the date of this Order, Chopper's Produce may move to set aside the entry of default against it. If it does so, Plaintiff shall respond to Chopper's Produce's motion seven days thereafter. Any reply by Chopper's Produce shall be filed seven days after Plaintiff files its response. Any motion to set aside the entry of default will be decided on the papers. If Chopper's Produce fails to move, Plaintiff shall move for default judgment against Chopper's Produce within fourteen days of the date of this Order. Plaintiff's failure to do so will result in the

1  dismissal of its claims against Chopper's Produce for failure to
2  prosecute.
3      Defendant Jose Gomez is currently in bankruptcy proceedings.
4  Accordingly, Plaintiff's claims against him are stayed.  11 U.S.C.
5  § 362(a).  Once a disposition has been reached on the remainder of
6  the case, the Clerk shall administratively close the case against
7  him.
8      IT IS SO ORDERED.

Dated: 5/19/2011

_____
CLAUDIA WILKEN
United States District Judge