**United States District Court**
For the Northern District of California

1

2

3

4        IN THE UNITED STATES DISTRICT COURT

5        FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7   SEQUOIA SALES,                          No. C 10-05757 CW

8            Plaintiff,                      ORDER OF REFERENCE
                                             TO MAGISTRATE JUDGE
9        v.

10  P.Y.PRODUCE, et al.,

11           Defendants.
                                        /
12

13       Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that

14  Plaintiff's Motion for Default Judgment filed in the above-

15  captioned case is referred to a Magistrate Judge to be heard and

16  considered at the convenience of his/her calendar  The Magistrate

17  Judge shall prepare findings and recommendation on the motion.  The

18  hearing noticed for Thursday, July 14, 2011 is vacated.

19

20  Dated: 6/7/2011

21                                      _____
                                        CLAUDIA WILKEN
22                                      United States District Judge

23

24  cc: Sue

25

26

27

28