<div style="float:left">United States District Court<br>For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SEQUOIA SALES, INC., | No. CV 10-5757 (NJV) |
| Plaintiff, | **ORDER REQUIRING SUPPLEMENTAL BRIEFING RE: PLAINTIFF'S MOTIONS FOR DEFAULT JUDGMENT** |
| v. | |
| P.Y. PRODUCE, LLC and CHOPPER'S PRODUCE, LLC, | (Docket Nos. 67, 69) |
| Defendants. / | |

Plaintiff Sequoia Sales, Inc. has moved for default judgment against Defendant P.Y. Produce, LLC. and Defendant Chopper's Produce, LLC. Doc. Nos. 67, 69. Both motions were referred to this Court for a report and recommendation. Doc. No. 70. In its motions, Plaintiff seeks attorneys' fees for four attorneys and one paralegal, but it is unclear whether Plaintiff also seeks costs. Costs are included in the exhibits attached to Plaintiff's declarations, but are not requested or referred to in the motions themselves.[1] In addition, Plaintiff's request for attorneys' fees does not describe the skill, experience, or reputation of counsel, which the court examines to assess a reasonable hourly rate. *See Blum v. Stenson*, 465 U.S. 886, 895 (1984). Besides identifying that one attorney is a partner and another attorney is an associate, Plaintiff's motions do not provide sufficient information for the court to determine whether its request for attorneys' fees is reasonable.

Plaintiff also seeks interest at 1.5% monthly (18% annually), but there is a discrepancy in its calculation of interest. For example, the interest calculation chart attached to the Declaration of Jim G. Paplos states that interest due on Invoice No. 24043 for the unpaid amount of $5280.00, based on

---

[1] It is unclear whether costs are included within the dollar amount requested for attorneys' fees in Plaintiff's motions.

365 elapsed days, or one year, is $953.01.  Declaration of Jim G. Paplos In Support of Motion for Default Judgment, Ex. 3 (Doc. No. 67-5).  Interest calculated at 18% annually for this amount, however, should be $950.40.

    Plaintiff is ordered to submit a supplemental brief with the requisite supporting declarations addressing the following:

1. Costs, including a clarification of the total amount of attorneys' fees and the total amount of costs requested;
2. The skill, experience, and reputation of counsel for whom fees are requested; and
3. Clarification of the calculation of interest and total interest requested.

Plaintiff's supplemental brief is limited to five (5) pages and must be filed by July 5, 2011.  The hearing on both motions remains on calendar for July 12, 2011.

**IT IS SO ORDERED.**

Dated:  June 28, 2011

NANDOR J. VADAS
United States Magistrate Judge

2