**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEQUOIA SALES                                                    No. C-10-05757 CW (NJV)

       Plaintiff(s),
                                                                     ORDER
   v.

P.Y.PRODUCE

       Defendant(s).
                                          /

At the July 12, 2011 hearing, the Court ordered Plaintiff to file a supplemental declaration describing and attaching the relevant excerpts from Defendant Jose Gomez' deposition.  This supplemental declaration is due by close of business, Friday, July 15, 2011.

     IT IS SO ORDERED.

Dated: 7/13/11

                                                  NANDOR J. VADAS
                                                  United States Magistrate Judge