IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA SALES, INC., | No. C 10-5757 CW |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTIONS FOR DEFAULT JUDGMENT |
| v. | |
| P.Y. PRODUCE, LLC and CHOPPER'S PRODUCE, LLC, | |
| Defendants. / | |

    The Court has reviewed Magistrate Judge Vada's Report and Recommendation Re Motions for Default Judgment.  The time for objections has passed and none were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

    IT IS HEREBY ORDERED that the Motions for Default Judgment are GRANTED.  The Clerk shall enter judgment in accordance with the Report and Recommendation.

Dated: 8/15/2011

                                    CLAUDIA WILKEN
                                    United States District Judge